233 So.2d 248

### Ellen H. DIDIER
### v.
## Homer W. DIDIER.

No. 50414.

April 3, 1970.

In re: Mrs. Ellen H. Didier applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 230 So.2d 436.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SUMMERS, J., on the facts found the result is correct.